June 2, 2006

Mr. Harry M. Reasoner
Vinson & Elkins L.L.P.
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760

Mr. Jeffery T. Nobles
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, Suite 2500
Houston, TX 77056-3000

RE: Case Number: 04-0409
 Court of Appeals Number: 14-00-00569-CV
 Trial Court Number: 95-036693

Style: MICHAEL T. WILLIS, FRANCIE WILLIS, URBAN RETREAT OF HOUSTON,
 INC., AND WILLIS HITE ENTERPRISES, INC.
 v.
 DAN DONNELLY

Dear Counsel:

 Today the Supreme Court of Texas (Justice O'Neill, Justice Brister,
and Justice Medina not sitting) delivered the enclosed opinion and judgment
in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |